1
2
3
4
5
6
7



8                UNITED STATES DISTRICT COURT
9             FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. CR 05-801-GHK
                                 )
12              Plaintiff,       )   I N F O R M A T I O N
                                 )
13         v.                    )   [21 U.S.C. § 851: Proceedings
                                 )   to Establish Prior Conviction]
14  LEORN DINKINS,               )
                                 )
15              Defendant.       )
                                 )
16  _____  )

17      The United States Attorney charges:

18      Defendant LEORN DINKINS, prior to committing the offenses
19 alleged in counts one, two, and three of the indictment in <u>United
20 States v. Leorn Dinkins</u>, No. CR 05-801-GHK, had been finally
21 convicted of a felony drug offense within the meaning of Title
22 21, United States Code, Sections 841 and 851: namely, on or about
23 December 22, 1992, in the matter of <u>People v. Leorn Dinkins</u>, in
24 the Superior Court for the State of California, County of Los
25 Angeles, case number NA014109, defendant LEORN DINKINS was
26 convicted of one count of Sale/Transportation of Cocaine, in
27 violation of California Health & Safety Code Section 11352(a),
28 //

1 | and one count of Possession of Cocaine Base, in violation of
2 | California Health & Safety Code Section 11351.5.

DEBRA WONG YANG
United States Attorney

*Daniel A. Goodman, Deputy Criminal Chief, FOR:*

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Organized Crime & Terrorism Section