**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

**SEND**

| Case No.: | CR 05-801-GHK | Date | April 3, 2006 |
|---|---|---|---|

Present: The Honorable: George H. King, United States District Judge

Interpreter: None

| Wendy K. Hernandez | John Turman | Kevin Lally |
|---|---|---|
| Relief Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Leorn Dinkins, Jr. | X | X | | Darlene Ricker | X | X | |

Proceedings:   **Status Conference**

Status Conference held and counsel are present. The Court confers with government counsel regarding Section 851 issues. Outside the presence of government counsel, the Court discusses with defense counsel and defendant regarding defendant's concerns about counsel representation.

In the presence of government counsel, the Court hereby **relieves** Ms. Ricker as the defendant's attorney, and continues the matter to **Monday, April 10, 2006, at 3:30 p.m.** At that time, a panel attorney assigned for CJA duty schedule shall be present and ready to be appointed as the defendant's new counsel. Ms. Ricker shall also be present at the next hearing, and ready to provide defendant's file folder to new counsel.

                                                             0   :   45
                                    Initials of Deputy Clerk   wkh



cc:  U.S. Probation Office
     U.S. Pretrial Services Office
     U.S. Marshal's Office
     Counsel

CR-11 (09/98)                    CRIMINAL MINUTES - GENERAL                    Page 1 of 1