UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 05-801 GHK | Date | 08/13/07 |
|---|---|---|---|

| **Presiding: The Honorable** | **GEORGE H. KING, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter: | N/A |

| Beatrice Herrera | John Turman | Kevin Lally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LEORN DINKINS, JR. | √ | √ | | Marcia Brewer | √ | √ | |

**PROCEEDINGS:    SENTENCING**

    Matter called. Defendant and counsel are present. The Court having heard from counsel, continues the above sentencing to **August 17, 2007 at 10:00 a.m.** Defendant and counsel shall return on date and time specified herein.

    **IT IS SO ORDERED.**


|  | : | 09 |
|---|---|---|
|  | Initials of Deputy Clerk | Bea |

cc: