**E-Filed: 01/12/11**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CV 11-143-GHK |
|                                   ) | (CR 05-801-GHK) |
|            Plaintiff,             ) | |
|                                   ) | |
|     vs.                           ) | <u>ORDER REQUIRING RETURN</u> |
|                                   ) | |
| LEORN DINKINS,                    ) | <u>TO § 2255 MOTION</u> |
|                                   ) | |
|            Defendant.             ) | |
| _____ ) | |

    Based upon Defendant's Motion pursuant to Title 28, United States Code, Section 2255 filed herein, and good cause appearing:

    IT IS HEREBY ORDERED that the United States Attorney file a return to the motion on/or before February 4, 2011, accompanied by all records, and that a copy of the return be served upon defendant prior to the filing thereof.

    NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

    IT IS FURTHER ORDERED that if the defendant desires to file a traverse to the return, he shall do so by February 25, 2011, setting forth separately: (a) his admission or denial of any new factual allegations of the return, and (b) any additional legal arguments.

1  IT IS FURTHER ORDERED that if any pleading or other paper
2 submitted to be filed and considered by the court does <u>not</u> include
3 a certificate of service upon plaintiff, or counsel for plaintiff,
4 it will be stricken from this case and disregarded by the court.
5  DATED:   January 12, 2011.

6
7  _____
   GEORGE H. KING
8  United States District Judge